UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH FISHER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ERIC WELCH; JAY MCGRAW; CREDITSERVE, INC.; SHANE THIN ELK; PETER LENGKEEK; RORY-ANNE ZIEGLER; SUMMER DRAPEAU; CHRISTINE OBAGO; MARK WELLS; FABIAN HOWE, SR.; KYLE LOUDNER; and DOES 1–40,<br><br>Defendants. | Case No.: 25-cv-1698-WQH-DEB<br><br>**ORDER** |

HAYES, Judge:

    On July 3, 2025, Plaintiff Kenneth Fisher ("Plaintiff") initiated this action by filing a Complaint against Defendants Eric Welch ("Welch"), Jay McGraw ("McGraw"), CreditServe, Inc. ("CreditServe"), Shane Thin Elk ("Thin Elk"), Peter Lengkeek ("Lengkeek"), Rory-Anne Ziegler ("Ziegler"), Summer Drapeau ("Drapeau"), Christine

1

Obago ("Obago"), Mark Wells ("Wells"), Fabian Howe, Sr. ("Howe"), Kyle Loudner ("Loudner"), and Does 1–40 (collectively, "Defendants").

On September 8, 2025, Defendants CreditServe, McGraw, and Welch (collectively, the "CreditServe Defendants") filed a Motion to Compel Arbitration and Stay Action ("Motion to Compel Arbitration") (ECF No. 17) and a Motion to Dismiss or Strike Class Allegations ("Motion to Dismiss") (ECF No. 18).

On September 22, 2025, Defendants Lengkeek, Ziegler, Drapeau, Obago, Wells, Howe, and Loudner (collectively, the "Tribal Defendants") filed the pending Unopposed Motion for Extension of Time for Tribal Defendants to Answer or Otherwise Respond to Complaint ("Unopposed Motion to Extend") (ECF No. 28), requesting that the Tribal Defendants' deadline to respond to the Complaint be extended to October 24, 2025.

Also on September 22, 2025, Defendant Thin Elk filed the pending Unopposed Motion for Leave for Defendant Shane Thin Elk to File a Late Answer or Otherwise Respond to Complaint and for Extension of Time to File Answer or Respond to Complaint ("Unopposed Motion to Extend and File Late Answer") (ECF No. 27), requesting that Defendant Thin Elk's failure to file a response the Complaint by the August 4, 2025 deadline be excused, and that his deadline to respond to the Complaint be extended to October 24, 2025.

The docket reflects that no party has filed an Opposition to the Tribal Defendants' Unopposed Motion to Extend (ECF No. 28) or Defendant Thin Elk's Unopposed Motion to Extend and File Late Answer (ECF No. 27). Additionally, both pending motions state that the respective movants have conferred with Plaintiff's counsel and Plaintiff does not oppose the extension of time. (ECF No 28 at 2; ECF No. 27 at 3.)

On September 23, 2025, the parties filed the pending Joint Motion Regarding Responsive Briefing and Request to Hold Hearing in Abeyance ("Joint Motion to Set Briefing Schedule") (ECF No. 30), requesting to continue the hearing date and set a briefing schedule for the CreditServe Defendants' Motion to Compel Arbitration (ECF No.

17) and Motion to Dismiss (ECF No. 18) (collectively, the "CreditServe Defendants' Motions").

IT IS HEREBY ORDERED that both the Tribal Defendants' Unopposed Motion to Extend (ECF No. 28) and Defendant Thin Elk's Unopposed Motion to Extend and File Late Answer (ECF No. 27) are granted.

IT IS FURTHER ORDERED that the Joint Motion to Set Briefing Schedule (ECF No. 30) is granted, and the Court adopts the briefing schedule therein. Plaintiff may file any responses to either or both of the CreditServe Defendants' Motions (ECF Nos. 17–18) no later than October 20, 2025. Defendant Thin Elk and the Tribal Defendants may file any responses to Plaintiff's Complaint (ECF No. 1) no later than October 24, 2025. Plaintiff may file any responses to Defendant Thin Elk's and the Tribal Defendants' motions or responsive pleadings no later than November 21, 2025. All Defendants may file replies in support of the foregoing motions no later than December 12, 2025.

IT IS FURTHER ORDERED that no oral argument will be held on the CreditServe Defendants' Motions (ECF Nos. 17–18), or any motions filed by Defendant Thin Elk or the Tribal Defendants, unless separately ordered by the Court.

Dated:  September 25, 2025

Hon. William Q. Hayes
United States District Court